UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as the Secretary of the Commonwealth of Massachusetts,<br><br>        Defendant. | CIVIL ACTION<br>NO. 1:20-cv-12080-MLW |

## **NOTICE OF APPEARANCE**

  Please enter on the docket my appearance as attorney for the defendant William Francis Galvin.

                Respectfully submitted,

                MAURA HEALEY
                ATTORNEY GENERAL

                /s/ Anne Sterman
                Anne Sterman (BBO No. 650426)
                Assistant Attorney General
                Government Bureau
                One Ashburton Place
                Boston, MA 02108
                (617) 963-2524
                Anne.Sterman@mass.gov

Date: November 27, 2020

## **CERTIFICATE OF SERVICE**

      I certify that this document, filed through the Court's ECF system, will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that a copy will be sent to those indicated as non-registered participants by email on November 27, 2020.

                                            */s/ Anne Sterman*
                                            Anne Sterman
                                            Assistant Attorney General