UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>                    Plaintiff,<br><br>            v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as the Secretary of the Commonwealth of Massachusetts,<br><br>                    Defendant. | CIVIL ACTION<br>NO. 1:20-cv-12080-MLW |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney for the defendant William Francis Galvin.

                                                 Respectfully submitted,

                                                 MAURA HEALEY
                                                 ATTORNEY GENERAL

                                               /s/ Adam Hornstine
                                               Adam Hornstine (BBO No. 666296)
                                               Assistant Attorney General
                                               Government Bureau
                                               One Ashburton Place
                                               Boston, MA 02108
                                               (617) 963-2048
                                               Adam.Hornstine@mass.gov

Date:   November 27, 2020

**CERTIFICATE OF SERVICE**

I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on November 27, 2020.

/s/ *Adam Hornstine*
Adam Hornstine
Assistant Attorney General