UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DR. SHIVA AYYADURAI,

Plaintiff,

v.

WILLIAM FRANCIS GALVIN, in his official
capacity as the Secretary of the Commonwealth
of Massachusetts, and CHARLES D. BAKER, in
his official capacity as Governor of Massachusetts

Defendants.

CIVIL ACTION
NO. 1:20-cv-12080-MLW

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Defendants, William Francis Galvin, in his official capacity as Secretary of the Commonwealth of Massachusetts, and Charles D. Baker, in his official capacity as Governor of the Commonwealth of Massachusetts, hereby move to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Specifically, the Court should dismiss this suit because: (1) Plaintiff lacks standing to assert a claim for vote dilution under the Fourteenth Amendment; (2) Plaintiff's request is moot because the election results have now been certified by the Governor and Council; (3) Plaintiff's claim is barred by the Eleventh Amendment; and (4) Plaintiff's conclusory, fact-free claim of election fraud, which is subject to Rule 9(b)'s heightened pleading requirements, fails to state a viable Equal Protection claim. For the reasons set forth in the accompanying memorandum of law, Defendants ask this Court to dismiss the Amended Complaint with prejudice.

1

Respectfully submitted,

Defendants,

WILLIAM FRANCIS GALVIN, in his official
capacity, and CHARLES D. BAKER, in his official
capacity

By his attorneys,

MAURA HEALEY
ATTORNEY GENERAL

/s/ Adam Hornstine
Anne Sterman (BBO# 650426)
Adam Hornstine (BBO# 666296)
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, MA  02108
617-963-2048
Anne.Sterman@mass.gov
Adam.Hornstine@mass.gov

Date: January 8, 2021

## CERTIFICATE OF SERVICE

I, Adam Hornstine, Assistant Attorney General, hereby certify that I have this day, January 8, 2021, served the foregoing **Memorandum**, upon all parties, by electronically filing to all ECF registered parties, and paper copies will be sent to those indicated as non-registered ECF participants.

/s/ Adam Hornstine
Adam Hornstine

## LOCAL RULE 7.1 CERTIFICATION

I, Adam Hornstine, Assistant Attorney General, hereby certify that I met and conferred with Plaintiff on January 7, 2021 in an attempt to resolve or narrow the issues presented by this motion but was unable to do so.

/s/ Adam Hornstine
Adam Hornstine