# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DR. SHIVA AYYADURAI,

　　　　Plaintiff,

　　　　v.

WILLIAM FRANCIS GALVIN, in his official
capacity as the Secretary of the Commonwealth
of Massachusetts, and CHARLES D. BAKER, in
his official capacity as Governor of Massachusetts

　　　　Defendants.

CIVIL ACTION
NO. 1:20-cv-12080-MLW

## **AFFIDAVIT OF MICHELLE K. TASSINARI**

I, Michelle K. Tassinari, on oath depose and state on personal knowledge and based on

my review of the records of the Elections Division of the Office of the Secretary of the

Commonwealth of Massachusetts (hereinafter, "the Elections Division") as follows:

1.　　　I am the director and legal counsel to the Elections Division.  I have been legal

counsel since April 2000 and director since 2005. As such, I have personal knowledge of the

matters set forth herein.

2.　　　The Office of the Secretary of the Commonwealth through the Elections Division

is responsible for administration of state and presidential primaries and elections in the

Commonwealth of Massachusetts, including, among other things, responsibility for the printing

of nomination papers, the receipt of certified nomination papers, the printing of candidate lists

2

and ballots, both official, early and absentee, certification of state primary results and compilation of state election results.

       3.      I am familiar with the candidacy of Shiva Ayyadurai for United States Senate, first as a Republican candidate in the September 1, 2020 primary election, and then as a write-in candidate for the November 3rd General Election.

       4.      On November 25, 2020, the Governor's Council certified the results of the November 3, 2020 election, declaring that Senator Edward J. Markey had won the state's U.S. Senate election.  Further, on November 30, 2020, the Governor signed a Certificate of Election, attested to by the Secretary, stating that Edward J. Markey was duly elected to the United States Senate.  That certificate was transmitted to the President of the Senate on December 1, 2020, in accordance with federal law and Senate Rules, and Senator Markey was subsequently sworn in without any objection in the United States Senate.

Signed under the pains and penalties of perjury this 8th day of January, 2021.

                                       /s/ Michelle K. Tassinari
                                       Michelle K. Tassinari