US DISTRICT COURT FOR MASSACHUSETTS

Case no. 1:20-CV-12080-MLW

Dr. SHIVA AYYADURAI,  )
          Petitioner,  )
                          )
          v.  )
                          )
WILLIAM F. GALVIN,  )
in his official capacity as  )
Secretary of State,  )
          Respondent.  )

SUPPLEMENTAL AFFIDAVITS

Plaintiff hereby submits further affidavits from different regions of the United States in support of his petition for a hand count of the paper ballots cast in the 2020 Republican Primary for US Senate.

Respectfully submitted,

/s/ Dr. Shiva Ayyadurai

_____

**Dr. Shiva Ayyadurai**
Plaintiff, *pro se*
701 Concord Ave,
Cambridge, MA 02138
Phone: 617-631-6874
Email: vashiva@vashiva.com

May 4, 2021

1