## AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I obtained official voting results data from the **City Clerk** from the **City of Fitchburg** in the **State of Massachusetts** through a public records request for **November 3, 2020 General Election.** I have the actual data set provided to me should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **16,614** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **16,367** who actually cast votes. This discrepancy is **247 more votes cast than voters.**

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of Massachusetts.

Sworn to under the pains and penalties of perjury,

Date: 04/25/2021

Doria K Rhodes
447 South Washington Street
Belchertown, MA 01007

## AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I obtained official voting results data from the **Town Clerk** from the **Town of Auburn** in the **State of Massachusetts** through a public records request for **November 3, 2020 General Election.** I have the actual data set provided to me should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **12,465** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **10,237**, who actually cast votes. This discrepancy is **2,228 more votes cast than voters**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of Massachusetts.

Sworn to under the pains and penalties of perjury,

Date: 04/25/2021

*Doria K Rhodes* (signature)
Doria K Rhodes
447 South Washington Street
Belchertown, MA 01007

## AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I obtained official voting results data from the **Town Clerk** from the **Town of Leicester** in the **State of Massachusetts** through a public records request for **November 3, 2020 General Election**. I have the actual data set provided to me should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **6,449** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **6376** who actually cast votes. This discrepancy is **73 more votes cast than voters.**

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of Massachusetts.

Sworn to under the pains and penalties of perjury,

Date: 04/25/2021

*Doria K Rhodes* (signature)
Doria K Rhodes
447 South Washington Street
Belchertown, MA 01007

## AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I obtained official voting results data from the **Town Clerk** from the **Town of Millbury** in the **State of Massachusetts** through a public records request for **November 3, 2020 General Election.** I have the actual data set provided to me should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **8,213** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **8,166** who actually cast votes. This discrepancy is **47 more votes cast than voters.**

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of Massachusetts.

Sworn to under the pains and penalties of perjury,

Date: 04/25/2021

Doria K Rhodes
447 South Washington Street
Belchertown, MA 01007

## AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I obtained official voting results data from the **Town Clerk** from the **Town of Oxford** in the **State of Massachusetts** through a public records request for **November 3, 2020 General Election**. I have the actual data set provided to me should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **7,607** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **7,531**, who actually cast votes. This discrepancy is **76 more votes cast than voters**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of Massachusetts.

Sworn to under the pains and penalties of perjury,

Date: 04/25/2021

*Doria K Rhodes*
Doria K Rhodes
447 South Washington Street
Belchertown, MA 01007

## AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I obtained official voting results data from the **Town Clerk** from the **Town of Southborough** in the **State of Massachusetts** through a public records request for **November 3, 2020 General Election.** I have the actual data set provided to me should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **6,717** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **6,624**, who actually cast votes. This discrepancy is **93 more votes cast than voters**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of Massachusetts.

Sworn to under the pains and penalties of perjury,

Date: 04/25/2021

*Doria K Rhodes*
Doria K Rhodes
447 South Washington Street
Belchertown, MA 01007

## AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I obtained official voting results data from the **Town Clerk** from the **Town of Charlton** in the **State of Massachusetts** through a public records request for **November 3, 2020 General Election**. I have the actual data set provided to me should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **8,169** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of 38 who actually cast votes. This discrepancy is **76 more votes cast than voters.**

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of Massachusetts.

Sworn to under the pains and penalties of perjury,

Date: 04/25/2021

Doria K Rhodes
447 South Washington Street
Belchertown, MA 01007