# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Baker** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **10,048** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **10,008**, who actually cast votes. This discrepancy is **40 less voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

*Heather Burden*

Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

Date: 4/27/21

# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Benton** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **53,235** after electronic vote tabulation; however, this number of votes is **less than** the number of citizens of **53,838**, who actually cast votes. This discrepancy is **603 more voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

Date: 4/27/21

Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Clackamas** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **260,538** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **259,315**, who actually cast votes. This discrepancy is **1,223 less voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

Date: 4/27/21

*Heather Burden* (signature)
Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Clatsop** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **24,140** after electronic vote tabulation; however, this number of votes is **less than** the number of citizens of **24,339**, who actually cast votes. This discrepancy is **199 more voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

Date: 4/27/21

Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Coos** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **37,367** after electronic vote tabulation; however, this number of votes is **less than** the number of citizens of **37,826**, who actually cast votes. This discrepancy is **459 more voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

Date: 4/27/21

Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Douglas** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **65,038** after electronic vote tabulation; however, this number of votes is **less than** the number of citizens of **65,310**, who actually cast votes. This discrepancy is **272 more voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

Date: 4/27/21

*[signature: Heather Burden]*

Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Harney** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **4,518** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **4,458**, who actually cast votes. This discrepancy is **60 less voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

Date: 4/27/21

Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Hood River** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **13,194** after electronic vote tabulation; however, this number of votes is **less than** the number of citizens of **13,333**, who actually cast votes. This discrepancy is **139 more voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

Date: 4/27/21

*Heather Burden* (signature)
Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Jefferson River** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **11,992** after electronic vote tabulation; however, this number of votes is **less than** the number of citizens of **12,035**, who actually cast votes. This discrepancy is **43 more voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

Date: 4/27/21

Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Lane** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **223,890** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **220,135**, who actually cast votes. This discrepancy is **3,755 less voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

Date: 4/27/21

Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Linn** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **73,216** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **72,021**, who actually cast votes. This discrepancy is **1,195 less voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

Date: 4/27/21

Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Malheur** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **11,920** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **11,919**, who actually cast votes. This discrepancy is **1 less voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

Date: 4/27/21

Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

## AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Polk** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **48,794** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **47,848**, who actually cast votes. This discrepancy is **946 less voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

Date: 4/27/21

*Heather Burden* (signature)

Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Tillamook** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **17,042** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **17,005**, who actually cast votes. This discrepancy is **37 less voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

*Heather Burden*
Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

Date: 4/27/21

# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Wasco** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **14,233** after electronic vote tabulation; however, this number of votes is **less than** the number of citizens of **14,242**, who actually cast votes. This discrepancy is **9 more voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

Date: 4/27/21

Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Washington** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **322,760** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **320,088**, who actually cast votes. This discrepancy is **2,672 less voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

Date: 4/27/21

Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068

# AFFIDAVIT

During the 2020 election season, I learned that citizen-voters have the right to obtain actual voting data from local and state election officials in order to perform an independent audit of election results.

I received official voting results data produced by the **County Elections Clerk** from the **County of Wheeler** in the **State of Oregon** through a public records request for the **November 3, 2020 General Election**. I have the actual data set, should the court wish to examine it. The released data reveals that the number of votes reported by officials for this jurisdiction is **974** after electronic vote tabulation; however, this number of votes is **more than** the number of citizens of **955**, who actually cast votes. This discrepancy is **19 less voters than votes cast**.

This raises grave concerns about the integrity of the electronic vote counting process. I am aware of the case filed in Boston by Dr. Shiva regarding this discrepancy in numbers, and hereby submit this affidavit for the attention of the court so it becomes aware that this discrepancy is seen not just in Boston but also in my part of the United States – **the State of Oregon**.

Sworn to under the pains and penalties of perjury,

Date: 4/27/21

Heather Burden
1841 SW Greenway Circle
West Linn, OR 97068